360 A.2d 635
COMMONWEALTH
v.
BROWN, Appellant.

Submitted February 2, 1976. Edward F. Browne, Jr., Assistant Public Defender, for appellant; Ronald L. Buckwalter, First Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The record is remanded to the court below and appellant is given permission to file post-verdict motions nunc pro tunc within thirty (30) days of this order. See Pa.R.Crim.P. 1123.

360 A.2d 634
COMMONWEALTH
v.
BROWN, Appellant.

**576**

Submitted December 16, 1975. Gilbert B. Abramson, for appellant; John DiDonato, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 636

COMMONWEALTH

v.

BURKE, Appellant.

Submitted December 16, 1975. Michael D. Fioretti, for appellant; David Fabe Michelman, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.